**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
FREEMAN, FRANCES M § Case No. 10-52172
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                Jeffrey P. Allsteadt
                U.S. Bankruptcy Court Clerk
                219 South Dearborn Street- 7th Floor
                Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/11/2014 in Courtroom 644,
                United States Courthouse
                219 South Dearborn Street
                Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____
                                                       Clerk of The United States Bankruptcy
                                                             Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
FREEMAN, FRANCES M                  §       Case No. 10-52172
                                    §
           Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,444.00 |
| and approved disbursements of | $ | 234.57 |
| leaving a balance on hand of[1] | $ | 2,209.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 611.00 | $ 0.00 | $ 611.00 |
| Trustee Expenses: Phillip D. Levey | $ 16.15 | $ 0.00 | $ 16.15 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 627.15 |
| Remaining Balance | $ 1,582.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,571.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fifth Third Bank | $ 4,033.31 | $ 0.00 | $ 470.24 |
| 000002 | Midland Funding LLC | $ 3,681.37 | $ 0.00 | $ 429.21 |
| 000003 | Midland Funding LLC | $ 4,827.26 | $ 0.00 | $ 562.81 |
| 000004 | Quantum3 Group LLC as agent for | $ 1,029.43 | $ 0.00 | $ 120.02 |

Total to be paid to timely general unsecured creditors    $ 1,582.28

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 14,130.18 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, N.A. | $ 14,130.18 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/Phillip D. Levey
                 Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                      Case No. 10-52172-PSH
Frances M Freeman                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez              Page 1 of 2              Date Rcvd: Nov 12, 2014
                               Form ID: pdf006           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2014.
```
db            +Frances M Freeman,   5315 W. Potomac,   Chicago, IL 60651-1365
16458791      +5/3 Bank Cc,   5050 Kingsley Dr,   Cincinatti, OH 45227-1115
16458792      +Associates/citibank,   Attn: Centralized Bankruptcy,   7255 Baymeadows Way,
                Jacksonville, FL 32256-6851
16458793      +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
16458795       Bank One,   P.O. Box 711210,   Columbus, OH 43218
16458797     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court:  Chase,   Po Box 1093,   Northridge, CA 91328)
16458801     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
16458800     ++CITIBANK,   PO BOX 790040,   ST LOUIS MO 63179-0040
               (address filed with court:  Citgo Oil / Citibank,   Attn: Centralized Bankruptcy,
                Po Box 20432,   Kansas City, MO 64195)
16458798      +Chase Manhattan,   Attn: Bankruptcy Research Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
16458799      +Chase- Bp,   Po Box 15298,   Wilmington, DE 19850-5298
19355235       FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
16458807     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Corporation,   National Bankruptcy Center,
                Po Box 6275,   Dearborn, MI 48121)
16458803      +Fashion Bug,   PO Box 84073,   Columbus, GA 31908-4073
16458804      +Fcnb Mstr Tr,   P.o. Box 3412,   Omaha, NE 68197-0001
18378451      +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
16458806      +Fingerhut,   PO Box 1250,   Saint Cloud, MN 56395-1250
16458813     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
               (address filed with court:  Hsbc/vlcty,   Attn: Bankruptcy,   Po Box 15522,
                Wilmington, DE 19850)
16458811      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
16458812      +Hsbc/harlm,   90 Christiana Rd,   New Castle, DE 19720-3118
16458814      +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
16458816      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
16458818     #+Silverleaf Resorts, Inc.,   1221 River Bend Drive,   Suite 120,   Dallas, TX 75247-4911
16458819     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
                Cincinnati, OH 45201)
16458810     ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
               (address filed with court:  Homeq,   Attn: Bankruptcy Department,   1100 Corporate Center,
                Raleigh, NC 27607)
16458820      +Wfnnb/roomplace,   Po Box 2974,   Shawnee Mission, KS 66201-1374
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16458796      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2014 03:02:40      Capital One, N.a.,
                C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
16458805      +E-mail/Text: collectionbankruptcies.bancorp@53.com Nov 13 2014 02:57:05      Fifth Third Bank,
                C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,   Grand Rapids, MI 49546-6210
18526005       E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2014 04:55:50      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16458808      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2014 04:55:00      Gemb/jcp,
                Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
16458809      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2014 04:55:49      Gemb/walmart,   Po Box 981400,
                El Paso, TX 79998-1400
19927511       E-mail/PDF: rmscedi@recoverycorp.com Nov 13 2014 04:55:52      Midland Funding LLC,
                By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
18531370       E-mail/Text: bnc-quantum@quantum3group.com Nov 13 2014 02:54:57
                Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
                Kirkland, WA 98083-0788
19927512       E-mail/PDF: rmscedi@recoverycorp.com Nov 13 2014 04:55:02
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
16458815      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2014 04:55:50      Sams Club,
                Attention: Bankruptcy Department,   Po Box 105968,   Atlanta, GA 30348-5968
                                                                                              TOTAL: 9
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16458802*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20363,
                Kansas City, MO 64195)
16458817*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,
                Po Box 20507,   Kansas City, MO 64195)
```

```
District/off: 0752-1              User: dgomez              Page 2 of 2              Date Rcvd: Nov 12, 2014
                                  Form ID: pdf006           Total Noticed: 34
```

16458794    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054

TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 11, 2014 at the address(es) listed below:
              Anita   Khachikyan     on behalf of Debtor Frances M Freeman NDILnotices@legalhelpers.com,
               ak@khachlaw.com
              David   Gallagher     on behalf of Debtor Frances M Freeman dgallagher@lawsolutionsbk.com,
               dgallagher@lawsolutionsbk.com,notices@lawsolutionsbk.com
              Jessee Renee Dagen Tillman    on behalf of Debtor Frances M Freeman NDILnotices@legalhelpers.com,
               CourtNotice@legalhelpers.com;jdg@legalhelpers.com;bk@legalhelpers.com;exs@legalhelpers.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
              Toni   Dillon     on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6