UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| FREEMAN, FRANCES M | § | Case No. 10-52172 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on                . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Silverleaf Resorts, Inc. 1221 River Bend Drive Suite 120 Dallas, TX 75247 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5/3 Bank Cc 5050 Kingsley Dr Cincinatti, OH 45263 | | | | | |
| | Associates/citibank Attn: Centralized Bankruptcy 7255 Baymeadows Way Jacksonville, FL 32256 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank One P.O. Box 711210 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 | | | | | |
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| | Chase- Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20432 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Fashion Bug PO Box 84073 Columbus, GA 31908 | | | | | |
| | Fcnb Mstr Tr P.o. Box 3412 Omaha, NE 68197 | | | | | |
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | Fingerhut PO Box 1250 Saint Cloud, MN 56395 | | | | | |
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 6275 Dearborn, MI 48121 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Homeq Attn: Bankruptcy Department 1100 Corporate Center Raleigh, NC 27607 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/harlm 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Hsbc/vlcty Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Shell Oil / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Wfnnb/roomplace Po Box 2974 Shawnee Mission, KS 66201 | | | | | |
| 000001 | FIFTH THIRD BANK | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000002 | MIDLAND FUNDING LLC | | | | | |
| 000003 | MIDLAND FUNDING LLC | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-52172 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | FREEMAN, FRANCES M | | | | Date Filed (f) or Converted (c): | 11/22/10 (f) |
| | | | | | 341(a) Meeting Date: | 01/27/11 |
| For Period Ending: | 10/23/14 | | | | Claims Bar Date: | 03/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential real estate located at 5315 W. Potomac | 193,275.00 | 0.00 | | 0.00 | FA |
| 2. Fox River Resort Silverleaf Resorts, Inc 1221 Rive | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Marquette | 4,716.00 | 2,440.55 | | 2,444.00 | FA |
| 4. Savings account with Marquette | 150.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Certificate of Deposit | 574.55 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Personal used clothing | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2008 Ford Focus with 30,000 miles | 6,925.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $212,140.55    $2,440.55    $2,444.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaiting UST review of Trustee's Final Report.

Initial Projected Date of Final Report (TFR): 11/30/12    Current Projected Date of Final Report (TFR): 11/30/14

LFORM1    Ver: 18.02

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-52172 -PSH | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | FREEMAN, FRANCES M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2853 Checking |
| Taxpayer ID No: | *******8308 | | |
| For Period Ending: | 01/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 2,418.06 | | 2,418.06 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.49 | 2,416.57 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.54 | 2,415.03 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.49 | 2,413.54 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.54 | 2,412.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,402.00 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 2.02 | 2,399.98 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,389.98 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,379.98 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,369.98 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,359.98 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,349.98 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,339.98 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,329.98 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,319.98 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,309.98 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,299.98 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,289.98 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,279.98 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,269.98 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 0.55 | 2,269.43 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,259.43 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,249.43 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,239.43 |

Page Subtotals  2,418.06  178.63

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-52172 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | FREEMAN, FRANCES M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2853  Checking |
| Taxpayer ID No: | *******8308 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,229.43 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,219.43 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,209.43 |
| 12/15/14 | 010003 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 611.00 | 1,598.43 |
| 12/15/14 | 010004 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 16.15 | 1,582.28 |
| 12/15/14 | 010005 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 000001, Payment 11.65891% | 7100-000 | | 470.24 | 1,112.04 |
| 12/15/14 | 010006 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000002, Payment 11.65897%<br>(2-1) WALMART or GEMB | 7100-900 | | 429.21 | 682.83 |
| 12/15/14 | 010007 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000003, Payment 11.65899%<br>(3-1) JCPENNEY CREDIT SERVICES or GEMB | 7100-900 | | 562.81 | 120.02 |
| 12/15/14 | 010008 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000004, Payment 11.65888%<br>(4-1) Unsecured Debt | 7100-000 | | 120.02 | 0.00 |

Page Subtotals   0.00   2,239.43

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-52172 -PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | FREEMAN, FRANCES M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2853 Checking |
| Taxpayer ID No: | *******8308 | | |
| For Period Ending: | 01/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,418.06 | 2,418.06 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,418.06 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,418.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,418.06 | |

Page Subtotals    0.00    0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2
Page: 4
Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-52172 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | FREEMAN, FRANCES M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6150  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8308 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/11 | 3 | Frances Freeman | Turnover | 1129-000 | 2,444.00 | | 2,444.00 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.80 | 2,441.20 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.90 | 2,438.30 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.00 | 2,435.30 |
| 04/05/12 | 000101 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA  70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 2.12 | 2,433.18 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.09 | 2,430.09 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.09 | 2,427.00 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.88 | 2,424.12 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.18 | 2,420.94 |
| 08/30/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.88 | 2,418.06 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,418.06 | 0.00 |

| | COLUMN TOTALS | 2,444.00 | 2,444.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 2,418.06 | |
| | Subtotal | 2,444.00 | 25.94 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 2,444.00 | 25.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2853 | 0.00 | 2,418.06 | 0.00 |
| Checking Account (Non-Interest Earn - ********6150 | 2,444.00 | 25.94 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 2,444.00 | 2,444.00 | 0.00 |
| | ============ | ============ | ============ |

| | Page Subtotals | 2,444.00 | 2,444.00 |
|---|---|---|---|

Ver: 18.03b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

| | |
|---|---|
| Case No: | 10-52172 -PSH |
| Case Name: | FREEMAN, FRANCES M |
| Taxpayer ID No: | *******8308 |
| For Period Ending: | 01/11/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6150  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*